IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01367-STV

JACEY SILLER

    Plaintiff,

v.

CBRE, INC. and BRYAN SEMEL

    Defendants.

---

DEFENDANT CBRE, INC.'S CORPORATE DISCLOSURE STATEMENT

---

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to the Federal Rules of Civil Procedure 7.1, Defendant CBRE, Inc., states that the CBRE Group, Inc., is the parent of CBRE, Inc., no publicly held corporation owns 10% or more of the stock in CBRE Group, Inc. and no publicly held corporation, other than CBRE Group, Inc., owns 10% or more of the stock of CBRE, Inc

    DATED at Denver, Colorado this 22, day of August 2022

                                                      /s/ *Laurin D. Quiat*
                                                      Laurin D. Quiat
                                                      Baker & Hostetler, LLP
                                                      1801 California Street, Suite 4400
                                                      Denver, CO 80202
                                                      (303) 861-0600
                                                      lquiat@bakerlaw.com

                                                      *Attorneys for Defendant, CBRE, Inc.*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of August 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Branden Lewiston
AEGIS LAW GROUP LLP
801 Pennsylvania Ave. N.W., Suite 740
Washington, DC 20004

Christopher David Bryan
Jason S. Buckley
Garfield & Hecht PC - Aspen
625 East Hyman Avenue, Suite 201
Aspen, CO 81611

                                                */s/ Laurin D. Quiat*