**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01367-STV

JACEY SILLER

    Plaintiff,

v.

CBRE, INC. and BRYAN SEMEL

    Defendants.

## JOINT NOTICE OF SETTLEMENT

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Plaintiff, Jacey Siller, and Defendants, CBRE, INC., and Bryan Semel, ("together, the "Parties") by and through their respective counsel of record, hereby file this Joint Notice of Settlement, informing the Court of the following:

1. On August 30, 2022, the Parties participated in a mediation.

2. At the mediation the Parties were able to successfully reach a resolution of the pending claims in the above-captioned matter.

3. The Parties hereby provide notice of the resolution and identify the following deadlines and events that are pending before this Court:

    a. Consent/Non-Consent to Magistrate form was due August 31, 2022;

    b. a Proposed Scheduling Order is due on September 7, 2022; and

    c. a Scheduling Conference is set for September 14, 2022.

4. The Parties are in the process of drafting the settlement documents and anticipate that an executed settlement agreement, release, and payment shall be completed within the next thirty days.

5. Further, once the settlement documents have been executed and applicable payment is made, the Parties will file with the court a Stipulation for Dismissal with Prejudice.

6. In the interim, the Parties jointly request that all pending deadlines and events be vacated.

DATED at Denver, Colorado this 1st day of September 2022.

| | |
|---|---|
| /s/ Branden D. Lewiston<br>Branden D. Lewiston<br>Aegis Law Group, LLP<br>801 Pennsylvania Ave., N.W.<br>Market Square West, Suite 740<br>Washington, DC 20004<br>(202) 737-3500<br>blewiston@aegislawgroup.com<br><br>*Attorneys for Plaintiff* | */s/ Christopher D. Bryan*<br>Christopher D. Bryan<br>Garfield & Hecht PC-Aspen<br>625 East Hyman Ave., Suite 201<br>Aspen, CO 81601<br>(970) 925-1936<br>cbryan@garfieldhecht.com<br><br>*Attorneys for Defendant Bryan Semel*<br><br>/s/ *Laurin D. Quiat*<br>Laurin D. Quiat<br>Baker & Hostetler, LLP<br>1801 California Street, Suite 4400<br>Denver, CO 80202<br>(303) 861-0600<br>lquiat@bakerlaw.com<br><br>*Attorneys for Defendant, CBRE, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Branden Lewiston
AEGIS LAW GROUP LLP
801 Pennsylvania Ave. N.W., Suite 740
Washington, DC 20004

Christopher David Bryan
Jason S. Buckley
Garfield & Hecht PC - Aspen
625 East Hyman Avenue, Suite 201
Aspen, CO 81611

*/s/ Laurin D. Quiat*